UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA LARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No.: C 11-00607 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On February 25, 2011, Plaintiff filed a motion to remand this action. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 4, 2011. *See* Civ. L.R. 73-1(a)(2). On February 25, 2011, Plaintiff consented to magistrate judge jurisdiction. Defendants have neither consented nor declined. Therefore,

　　　　IT IS HEREBY ORDERED that no later than March 13, 2011, each Defendant shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

ORDER

1 | www.cand.uscourts.gov.

2 | Dated: March 9, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge