UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA D. LARA,<br><br>              Plaintiff,<br>    v.<br><br>COUNTY OF SANTA CLARA; SHERIFF LAURIE SMITH; DEPUTY CRAIG, # 1869; DEPUTY DOE #2; AND DOES 3-20,<br><br>              Defendants. | Case No.: 11-CV-00607-LHK<br><br>ORDER DIRECTING PLAINTIFF TO RE-FILE MOTION TO RELATE CASES IN EARLIEST-FILED CASE |

This matter was reassigned to the undersigned Judge on March 15, 2011. On April 1, 2011, Plaintiff filed a Notice of Related Cases in the above-captioned matter, stating that she believes this case is related to several earlier-filed cases, including related cases 10-CV-00751-RS and 10-CV-04359-RS. Pursuant to Civil Local Rule 3-12, "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Accordingly, Plaintiff is hereby ordered to withdraw the Notice filed in the above-captioned matter (which was docketed as a pending Motion and improperly set for hearing), and to re-file an Administrative Motion to Relate in compliance with Civil Local Rules 3-12 and 7-11 in the earliest-filed related case (which appears to be 10-CV-00751).

1

Case No.: 11-CV-00607-LHK
ORDER DIRECTING PLAINTIFF TO RE-FILE MOTION TO RELATE

**IT IS SO ORDERED.**

Dated: April 13, 2011



_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-00607-LHK
ORDER DIRECTING PLAINTIFF TO RE-FILE MOTION TO RELATE