Anthony F. Earle, Esquire  SBN 202951
EARLE LAW OFFICES
A Professional Corporation
19925 Stevens Creek Boulevard, Suite 100
Post Office Box 1925
Cupertino, California 95015-1925
Telephone:  408.786.1060

*Attorneys for*
    Plaintiff Theresa D. Lara

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA D. LARA | NO.        CV-11-00607-RS |
|     Plaintiff | Date:<br>Time: |
| v. | Dept:       3<br>Judge:     Hon. Richard Seeborg |
| COUNTY OF SANTA CLARA;<br>SHERIFF LAURIE SMITH;<br>DEPUTY CRAIG, # 1869; DEPUTY<br>DOE #2; AND DOES 3-20; | STIPULATION [A̶N̶D̶ ORDER] RE:<br>SUBSTITUTION OF PARTY |
|     Defendants._____/ | |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

Santa Clara County Sheriff's Deputy Javier Moreno, whose true name was unknown to Plaintiff at the time this action was commenced in California state court, was fictitiously named in the initial complaint as Deputy DOE #2.  Deputy Javier Moreno is thus hereby substituted as a party to this action in place of Deputy DOE #2.

Lara v. County of Santa Clara, et al.
Stipulation and Order                                                                                                    1

1     Defendant Javier Moreno hereby acknowledges actual notice of this suit and
2 subjects himself to the jurisdiction of this Court in this action.

3

4

5 Date: August 30, 2011　　　　　　　　　　　EARLE LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
6

7 　　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony F. Earle
　　　　　　　　　　　　　　　　　　　　　　　_____
8 　　　　　　　　　　　　　　　　　　　　　　　By:  Anthony F. Earle
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
9

10

11 Date: August 30, 2011　　　　　　　　　　　MIGUEL MARQUEZ
　　　　　　　　　　　　　　　　　　　　　　　　County Counsel
12

13 　　　　　　　　　　　　　　　　　　　　　　　/s/ Neysa A. Fligor
　　　　　　　　　　　　　　　　　　　　　　　_____
14 　　　　　　　　　　　　　　　　　　　　　　　By:  Anthony F. Earle
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
15

16
Date:　　8/31/11
17

18

19 　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27 Lara v. County of Santa Clara, et al.
28 Stipulation and Order　　　　　　　　　　　　　　　　　　　　　　　　　　　2